UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DORIAN IVAN LANDAZURI and
ANA JUDITH LANDAZURI,

       Plaintiffs,

v.                                      Case No:   6:25-cv-2515-AGM-LHP

CITY OF PORT ORANGE, FLORIDA,
PORT ORANGE POLICE
DEPARTMENT, VOLUSIA COUNTY
SHERIFF'S DEPARTMENT, DRUG
ENFORCEMENT
ADMINISTRATION, DON VEITS,
GENARO R. VELEZ, WILLIAM
HARRISON, MONICA PASCUAL
and SAN BERNARDINO COUNTY
SHERIFF'S DEPARTMENT,

       Defendants

---

## ORDER

Before the Court is *pro se* Plaintiffs' Motion for Permission to Use Electronic Filing CM/ECF Access.  Doc. No. 7.  On review, the motion is **DENIED without prejudice**.  First, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b).  Second, "[w]hile an unrepresented individual may obtain the Court's permission to file his submissions electronically using the

CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted). Here, Plaintiffs make no such showing, merely referencing their *pro se* status and the convenience of electronic filing. Doc. No. 7. *See also Clifft v. Sch. Dist. of Lee Cnty.*, No. 2:25-cv-345-JES-DNF, 2025 WL 3012038, at *2 (M.D. Fla. Oct. 28, 2025), *reconsideration denied*, 2025 WL 3080533 (M.D. Fla. Nov. 4, 2025) (affirming denial of CM/ECF access to *pro se* litigants, finding that unpredictable delays and mail delivery risks, complexity of the case, and inability to obtain legal counsel did not rise to the level necessary to justify CM/ECF access).

That said, "the Court in its discretion may grant *a pro se* party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Court finds it appropriate to exercise such discretion here. *See id.*; *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Therefore, the **Clerk of Court** is **DIRECTED** to add Plaintiffs' email addresses to CM/ECF and ensure that Plaintiffs receive Notices of Electronic Filings, as follows:

Rev. Dorian Ivan Landazuri
dlandazuri@ymail.com

Rev. Ana Judith Landazuri
Ajdomi878@gmail.com

The Clerk of Court is also **DIRECTED** to ensure that Plaintiffs receive a Notice of Electronic Filing for this Order, as well as the January 29, 2026 Order issued by the presiding District Judge (Doc. No. 8).

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties